Law Offices of Bill LaTour
Bill LaTour [SBN: 169758]
   11332 Mountain View Ave., Suite C
   Loma Linda, California 92354
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BETTY LOGAN JACKSON,            ) | No. EDCV 07-1610 FMO |
|                                ) | |
|     Plaintiff,                   ) | <u>ORDER AWARDING EAJA FEES</u> |
|   v.                                   ) | |
| MICHAEL J. ASTRUE,       ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY,                    ) | |
|     Defendant.                ) | |

     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

     IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND SIX HUNDRED DOLLARS and 00/cents ($2,600.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

     DATED:  11-17-08                 _____/s/_____

                                             HON. FERNANDO M. OLGUIN
                                             UNITED STATES MAGISTRATE JUDGE